IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LATOSHA BUCKLEY      PLAINTIFF

VERSUS      NO. 1:10cv243LG-RHW

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY      DEFENDANT

## AGREED JUDGMENT OF DISMISSAL

THIS CAUSE HAVING COME on to be heard this day on the joint ore tenus motion of the Plaintiff and Defendant for dismissal, with prejudice, and the Court having considered same, and it appearing that these parties have reached an amicable settlement of this controversy without the necessity of further litigation, is of the opinion that the same should be granted.

IT IS, THEREFORE, ORDERED and ADJUDGED that the Motion of the parties hereto, be and the same is hereby granted and this cause is hereby dismissed, with prejudice, with each party to bear their own costs.

SO ORDERED and ADJUDGED this the 14th day of October, 2010.

_____
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
L. O'Neal Williams, Jr. (MSB 7248)
Attorney for the Plaintiff

_____
Matthew E. Perkins (MSB 102353)
Attorney for the Defendant